# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

**LEEANNE BRACKETT**                                                    **PLAINTIFF**

v.                                     **No. 1:19-cv-98-DPM**

**FEDERAL INSURANCE COMPANY,**
**member insurer of the Chubb Group of**
**Insurance Companies**                                             **DEFENDANT**

## JUDGMENT

Brackett's complaint is dismissed with prejudice.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_21 August 2020_